No. 82–378. MANDALAY SHORES COOPERATIVE HOUSING ASSN., INC. *v.* PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL., *ante*, p. 1036; and

No. 82–5475. COTTON *v.* FEDERAL LAND BANK OF COLUMBIA ET AL., *ante*, p. 1041. Petitions for rehearing denied.